

TO: Honorable Judge Anna Diggs Taylor,
U.S. District Court for the
Eastern District of Michigan
United States District Court
Theodore Levin United States Courthouse
231 West Lafayette Blvd.
Detroit, Michigan 48226

FROM: Michael D. Baker, #203489
Macomb Correctional Facility ("MRF")
34625 26th Mile Road
New Haven, MI 48048-0999

DATE: November 26, 2006

RE: **Request Dismissal of Federal Parole Violation**
Federal Offense: Drug Trafficking

95-80582-03

ANNA DIGGS TAYLOR

**FILED**

DEC - 8 2006

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Dear Honorable Judge Diggs-Taylor:

By way of this letter, please consider this request seeking dismissal of the above-referenced outstanding federal parole violation before your court. Presently, I am housed in the custody and control of the MDOC, namely, the Macomb Correctional Facility ("MRF"), 34625 26th Mile Road, New Haven, MI. 48048-0999.

Equally important, if not more so, since my four (4) year imprisonment within the MDOC, I have maintained an exemplary institutional record. More specifically, throughout my four-years of imprisonment, I have absolutely no history of misconduct and my housing unit block reports clearly indicate that I am a model prisoner.

With that said, notwithstanding that I have approximately five-years more to serve before being paroled to the above-captioned federal detainer for a parole violation, I respectfully petition this Honorable Court to consider scheduling an unmonitored telephonic conference call with the undersigned and all other relevant parties, so that I may have the opportunity to establish entitlement to the relief sought. Alternatively, please permit the undersigned the opportunity to provide copies of my institutional record for this court's review and consideration.

Thank you for your anticipated kind consideration.

Respectfully submitted,   *Michael Baker*

Michael D. Baker, #203489

MDB/rcm