Prob. 35  
(1/92)

Report and Order Terminating Probation /Supervised Release  
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**  
**for the**  
**Eastern District of Michigan**

UNITED STATES OF AMERICA

      v.                                                                                      Crim. No. 95-CR-80582-03

BAKER, Michael

       On April 7, 2000, the above-named offender was placed on supervised release for a period of three years. Based upon the offender's death as a result of lung cancer while in custody of the Michigan Department of Corrections, the probation department is recommending that the offender's term of supervised release be dismissed and the case closed.

                                                Respectfully submitted,

                                                s/Matthew J. Sudduth  
                                                Senior U. S. Probation Officer

**ORDER OF THE COURT**

       Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

       Dated this 11th day of December, 2009.

                                                s/Anna Diggs Taylor  
                                              Senior U.S. District Judge